THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THALESSA BILLUPS, QUINTIN HUMPHREY, ELYSE TAMARA, JAMES GABRIEL, PAOLA DOOLY, and WILLIAM HARRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-01266-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01266-BJR) - 1

154044594.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Thalessa Billups, Quintin Humphrey, Elyse Tamara, James Gabriel, Paola Dooly, and William Harris (collectively, "Plaintiffs"), and Defendant T-Mobile USA, Inc. (together, "the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 60 days, through December 13, 2021.[1]

Good cause exists for this extension, as there is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") that seeks transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL No. 3019 (ECF No. 1). The plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash. filed Aug. 19, 2021), filed the transfer motion and Plaintiffs in this case have identified that case and numerous others as related cases. ECF No. 4. The additional 60 days will conserve judicial resources by allowing T-Mobile time to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Dated: September 27, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000

---

[1] T-Mobile was served on September 21, 2021.  Sixty days from T-Mobile's current response deadline is Saturday, December 11, 2021.  *See* Fed. R. Civ. P. 12(a).  Accordingly, T-Mobile's new deadline would "run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT  (No. 2:21-cv-01266-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154044594.1

| | |
|---|---|
| 1 | Facsimile: 206.359.9000 |
| | E-Mail: SKoh@perkinscoie.com |
| 2 | KOSullivan@perkinscoie.com |
| | LTsuji@perkinscoie.com |
| 3 | |
| | Kristine McAlister Brown (*pro hac vice* forthcoming) |
| 4 | **ALSTON & BIRD LLP** |
| | 1201 West Peachtree Street |
| 5 | Atlanta, GA 30309 |
| | Telephone: (404) 881-7000 |
| 6 | Facsimile: (404) 881-7777 |
| | E-Mail: kristy.brown@alston.com |
| 7 | |
| | *Attorneys for Defendant T-Mobile USA, Inc.* |
| 8 | |
| 9 | By: /s/ *Anne-Marie E. Sargent* |
| | Stephen P. Connor, WSBA No. 14305 |
| 10 | Anne-Marie E. Sargent, WSBA No. 27160 |
| | Derik Campos, WSBA No. 47374 |
| 11 | **CONNOR & SARGENT PLLC** |
| | 921 Hildebrand Lane NE, Suite 240 |
| 12 | Bainbridge Island, WA 98110 |
| | Telephone: 206-654-5050 |
| 13 | steve@cslawfirm.net |
| | aes@cslawfirm.net |
| 14 | derik@cslawfirm.net |
| 15 | Gary F. Lynch (*pro hac vice* forthcoming) |
| | Nicholas A. Colella (*pro hac vice* forthcoming) |
| 16 | **CARLSON LYNCH, LLP** |
| | 1133 Penn Avenue, 5th Floor |
| 17 | Pittsburgh, PA 15222 |
| | Telephone: 412-322-9243 |
| 18 | Facsimile: 412-231-0246 |
| | glynch@carlsonlynch.com |
| 19 | ncolella@carlsonlynch.com |
| 20 | Joseph P. Guglielmo (*pro hac vice* forthcoming) |
| | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 21 | The Helmsley Building |
| | 230 Park Avenue, 17th Floor |
| 22 | New York, NY 10169 |
| | Telephone: 212-223-6444 |
| 23 | Facsimilie: 212-223-6334 |
| | jguglielmo@scott-scott.com |
| 24 | STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01266-BJR) - 3 |

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154044594.1

1

2  MaryBeth V. Gibson (*pro hac vice* forthcoming)
   **THE FINLEY FIRM, P.C.**
3  3535 Piedmont Road
   Building 14, Suite 230
4  Atlanta, GA 30305
   Telephone: 404-320-9979
   Facsimile: 404-320-9978
5  mgibson@thefinleyfirm.com

6  Arthur M. Murray (*pro hac vice* forthcoming)
   **MURRAY LAW FIRM**
7  701 Poydras Street
   New Orleans, LA 70139
8  Telephone: 504-525-8100
   amurray@murray-lawfirm.com

9

10 Brian C. Gudmundson (*pro hac vice* forthcoming)
   **ZIMMERMAN REED LLP**
   1100 IDS Center
11 80 South 8th Street
   Minneapolis, MN 55402
12 Telephone: 612-341-0400
   Facsimile: 612-341-0844
13 brian.gudmundson@zimmreed.com

14 *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT  (No. 2:21-cv-01266-BJR) - 4

154044594.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of September 2021.

<u>s/Barbara J. Rothstein</u>
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
          KOSullivan@perkinscoie.com
          LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01266-BJR) - 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154044594.1