1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

7

8

9

10

THALESSA BILLUPS, QUINTIN HUMPHREY,
ELYSE TAMARA, JAMES GABRIEL, PAOLA
DOOLY, and WILLIAM HARRIS, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:21-cv-01266-BJR

**STIPULATED MOTION AND
ORDER TO STAY PROCEEDINGS
PENDING THE JPML'S RULING ON
TRANSFER**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01266-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs

2 Thalessa Billups, Quintin Humphrey, Elyse Tamara, James Gabriel, Paola Dooly, and William

3 Harris (collectively, "Plaintiffs"), and Defendant T-Mobile USA, Inc. (together, "the Parties"),

4 hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on

5 Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407

6 ("MDL Petition").  *See In re: T-Mobile Customer Data Sec. Breach Litig*, MDL No. 3019 (ECF

7 No. 1).  In support of this stipulated motion, the Parties state:

8    Good cause exists for a brief stay as it will conserve judicial and party resources.  In a

9 related case, this Court recently granted T-Mobile's motion to stay proceedings pending the

10 JPML's ruling on the MDL Petition, finding:

11    Any delay arising from a stay is likely to be short, and Plaintiffs
      have not demonstrated that any significant prejudice would result
12    from a short stay.  A stay is also likely to conserve judicial resources,
      as well as the parties' resources, until the JPML decides whether
13    (and if so, where) to transfer the dozens of similar cases for
      coordinated or consolidated pretrial proceedings.

14
*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No.
15
39).[1]  The Parties therefore respectfully request that the Court enter a short stay of all proceedings
16
here until the JPML rules on the MDL Petition.
17

18 Dated:  November 16, 2021

19

20

21

22  [1] *See also Harper v. T-Mobile US, Inc.*, No. 2:21-cv-1169-BJR (W.D. Wash. Nov. 5, 2021) (ECF
    No. 26) (granting stay over opposition on same grounds); *Simaan v. T-Mobile USA, Inc.*, No. 2:21-
23  cv-1181-BJR (W.D. Wash. Nov. 5, 2021) (ECF No. 21) (same); *Thang v. T-Mobile US, Inc.*, No.
    5:21-cv-6473-BLF (N.D. Cal. Oct. 29, 2021) (ECF No. 42) (same).
24
STIPULATED MOTION AND ORDER                                    **Perkins Coie LLP**
TO STAY PROCEEDINGS                                         1201 Third Avenue, Suite 4900
(No. 2:21-cv-01266-BJR) - 2                                  Seattle, Washington 98101-3099
                                                                 Phone: 206.359.8000
                                                                  Fax: 206.359.9000

By: */s/ Steve Y. Koh*

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-Mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: */s/ Anne-Marie E. Sargent*

Stephen P. Connor, WSBA No. 14305
Anne-Marie E. Sargent, WSBA No. 27160
Derik Campos, WSBA No. 47374
**CONNOR & SARGENT PLLC**
921 Hildebrand Lane NE, Suite 240
Bainbridge Island, WA 98110
Telephone: 206-654-5050
steve@cslawfirm.net
aes@cslawfirm.net
derik@cslawfirm.net

Gary F. Lynch (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice*
forthcoming)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com
ncolella@carlsonlynch.com

Joseph P. Guglielmo (*pro hac vice*
forthcoming)
**SCOTT+ SCOTT ATTORNEYS AT LAW
LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

MaryBeth V. Gibson (*pro hac vice*
forthcoming)
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Telephone: 404-320-9979
Facsimile: 404-320-9978
mgibson@thefinleyfirm.com

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01266-BJR) - 3

Arthur M. Murray (*pro hac vice* forthcoming)
**MURRAY LAW FIRM**
701 Poydras Street
New Orleans, LA 70139
Telephone: 504-525-8100
amurray@murray-lawfirm.com

Brian C. Gudmundson (*pro hac vice* forthcoming)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612-341-0844
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01266-BJR) - 4

1

**ORDER**

2      IT IS SO ORDERED.

3      Dated this 17th day of November 2021.

4

5                                                    s/Barbara J. Rothstein
                                                     Barbara J. Rothstein
6                                                    U.S. District Court Judge

7

8      Presented by:

9      Steve Y. Koh, WSBA No. 23284
       Kathleen M. O'Sullivan, WSBA No. 27850
10     Lauren J. Tsuji, WSBA No. 55839
       **PERKINS COIE LLP**
11     1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
12     Telephone: 206.359.8000
       Facsimile: 206.359.9000
13     E-mail: SKoh@perkinscoie.com
               KOSullivan@perkinscoie.com
14             LTsuji@perkinscoie.com

15     Kristine McAlister Brown (*pro hac vice*)
       **ALSTON & BIRD LLP**
16     1201 West Peachtree Street
       Atlanta, GA 30309
17     Telephone: (404) 881-7000
       Facsimile: (404) 881-7777
18     E-Mail: kristy.brown@alston.com

19     *Attorneys for Defendant T-Mobile USA, Inc.*

20

21

22

23

24
       STIPULATED MOTION AND ORDER          **Perkins Coie LLP**
       TO STAY PROCEEDINGS                  1201 Third Avenue, Suite 4900
       (No. 2:21-cv-01266-BJR) - 5          Seattle, Washington 98101-3099
                                            Phone: 206.359.8000
                                            Fax: 206.359.9000